1  Al Lustgarten, Bar #189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866 (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC         )
                                    )
        Plaintiff,      vs.         )   Case No.: 5:11-CV-00785-WDK-FMO
                                    )
ESTEBAN CARO SOLANO, et al,         )   **RENEWAL OF JUDGMENT BY CLERK**
                                    )
        Defendant,                  )
_____)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Esteban Caro Solano, an individual a/k/a Esteban Caro a/k/a Esteban Solano d/b/a The Players Casa Blanca Restaurant a/k/a Casa Blanca Restaurant & Sports Bar, entered on September 12, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 900.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | **$ 900.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 900.00** |
| f. | Interest after judgment(.17%) | $ 15.07 |
| g. | Fee for filing renewal of application | $ 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ **915.07** |

Dated: July 20, 2022          CLERK, by _Sharon Hall Brown_ (signature)
                              Kirk K. Gray
                              Clerk of U.S. District Court

Renewal of Judgment